## CERTIFICATE OF SERVICE

I, Sandra G.M. Selzer, hereby certify that on the 24 day of April, 2006, I caused a true and correct copy of the following document to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT**

_____
Sandra G. M. Selzer (DE Bar No. 4283)

**Via First Class Mail**
Steven D. Jerome, Esq.
SNELL & WILMER
One Arizona Center
Phoenix, AZ 85004-2202